■ DAVID KEENAN, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 113059.) [869 NYS2d 847]

Present—Hurlbutt, J.P., Centra, Fahey and Peradotto, JJ.